THE CITY OF NEW YORK, Respondent, v. ALLEN N. SPOONER & SON, INC., and Others, Defendants, Impleaded with A. M. HAZELL, INC., and ROYAL INDEMNITY COMPANY, Appellants.— Order unanimously affirmed, with twenty dollars

costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.